■ SANTA VACCARO et al., Respondents, v GETTY PETROLEUM CORP., Appellant, and LEEWOOD SERVICE STATION, INC., et al., Respondents. [624 NYS2d 840] —In an action to recover damages for property damage, the defendant Getty Petroleum Corp. appeals from a judgment of the Supreme Court, Westchester County (Donovan, J.), entered September 24, 1993, which, upon a jury verdict, is in favor of the plaintiffs and against it in the principal sum of $290,000 and in favor of the defendants Anthony Nunno and Leewood Service Station, Inc., dismissing its cross claims against them.

Ordered that the judgment is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated in *Leone v Leewood Serv. Sta.* (212 AD2d 669 [decided herewith]). Miller, J. P., O'Brien, Joy and Krausman, JJ., concur.

■ JAMES E. WILLIAMS II, Appellant, v PRATT INSTITUTE et al., Respondents. [623 NYS2d 154] —In an action, *inter alia,* to recover damages for tortious interference with and breach of contract, the plaintiff appeals from an order of the Supreme Court, Kings County (Hurowitz, J.), dated June 25, 1993, which denied his motion to vacate a previous order of the same court, dated April 28, 1992, granting the defendants' motion to dismiss the complaint upon his default in opposing the defendants' motion to dismiss.

Ordered that the order is affirmed, with costs.

The Supreme Court did not improvidently exercise its discretion in declining to vacate its prior order granting the defendants' motion to dismiss the complaint where the plaintiff waited more than a year in moving for this relief and failed to proffer any excuse for his dilatory conduct or to establish that his claims had any merit *(see,* CPLR 5015 [a] [1]; *see also, Long Is. Trust Co. v PTI Intl. Corp.,* 166 AD2d 504). Ritter, J. P., Pizzuto, Friedmann and Goldstein, JJ., concur.